# Warren County Jail
## Policies and Procedures

| **Subject:** Grievance Procedures | **Policy Number:** 12.10 |
|---|---|
| **Issue Date:** | **Revision Date:** |
| **Approval Authority Title and Signature:** | |

### POLICY:

In support of orderly and safe inmate housing conditions, Warren County Jail maintains an inmate grievances system consistent with due process.

### PENOLOGICAL INTEREST:

This facility provides a grievance procedure for inmates out of an interest to support inmate rights to due process and in order to operate a reasonable safe, secure, and well-disciplined environment, for inmates and staff.

### DEFINITION:

- *Grievance* - A formal or verbal statement of complaint, generally against an authority figure in the jail or against an operational aspect of the detention facility as a whole.

### PROCEDURES:

Acts which constitute usual grounds for initiation of a reasonable grievance by an inmate include, but are not limited to:
1. Violation of civil rights;
2. Criminal acts;
3. Unjust denial or restriction of inmate privileges;
4. Confinement issues, such as adequate food, clothing, or access to inmate services; &
5. Prohibited acts by facility staff.

**Grievance Procedure:**
Grievance procedures established by Warren County Jail consists of the following steps or options.  These steps include:
1. An inmate may file an *informal grievance* by discussing the specific problem with a staff member.  Normally these informal grievances are filed verbally with staff having contact with the inmate during routine supervision.  Where and when

---

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

Page 1 of 3

463



CLT-CARSON-000188

| Jail and Detention Policies and Procedures, 12.10 Grievances Procedures |
|---|

    possible, staff receiving the grievance may address the complained of condition directly. Emergency grievances, in which delay in handling could result in personal injury or other damages to the inmate, are handled expeditiously. Staff is encouraged to use their own initiative to resolve issues that are within their authority. If not resolved at the officer level, the grievance is passed to the Jail Administrator for action or subsequent referral.

2. Facilities with a capacity of fifty [50] inmates or less may assign one [1] officer to handle formal grievances. Larger facilities should select a grievance board.
3. If the problem cannot be resolved through informal discussions or the inmate wishes to document the grievance for additional consideration, he may submit a written grievance to the grievance officer/board.
4. Formal grievances are filed in writing and an inmate may ask for assistance from officers or other inmates in writing out the grievance on the specified form. Grievance forms and writing materials are made available to inmates upon request. A problem that results from a specific event or action is presented on the approved form within seven [7] days of the occurrence. Formal grievances are accepted in a grievance drop box. On a daily basis, officers conduct rounds throughout the facility giving inmates the opportunity to drop written grievances in the box. The grievance drop box is sent directly to the Jail Administrator who reviews the filed grievances and forward the same to the grievance officer/board. The grievance:
   a. Is in writing;
   b. Clearly defines the situation in question and the facts upon which it is based;
   c. Specifies the wrongful act or situation and describe the harm done;
   d. Arises out of an act or failure to act by Warren County Jail;
   e. Addresses a matter within the control of the facility;
   f. Requests a remedy that is within the power of the facility to grant;
   g. Is submitted within seven [7] days of the occurrence;
   h. Includes a copy of any written supporting documents or pertinent discussion, decision, and justification; &
   i. Specifies a requested remedy.
5. The decision of the grievance officer/board is presented to the inmate in writing, no later than fifteen [15] days after the grievance is received. The grievance officer/board provides for meaningful relief of a substantiated grievance, i.e., reinstatement of good time, additional visitation privileges. In order to prevent reprisals against an inmate, disciplinary action may be taken against any staff member who retaliates or attempts to retaliate against an inmate filing a grievance.
6. Inmates may be disciplined for filing frivolous or repeated grievances that consistently have little or no merit.
7. Appeal of a grievance officer's/board's decision is made to the Jail Administrator on the grievance appeal form or format. The Jail Administrator has fifteen [15] days from the date the grievance is received to respond, and the decision of the Jail Administrator is final.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

Page 2 of 3

| Jail and Detention Policies and Procedures, 12.10 Grievances Procedures |
|---|

8. The facility maintains records of all grievances filed by an inmate for at least five years after the inmate has left or been released from the facility. Grievance information regarding inmates and employees is kept strictly confidential. In no case is information released without the specific approval of the Sheriff or designee.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

Page 3 of 3

## Warren County Jail
## Inmate Grievance

| NAME: *Last, First* | DATE: | CELL/HOUSING UNIT: |
|---|---|---|
| | | |

**Details of Grievance:**

_____
_____
_____
_____
_____
_____

Date of Incident: _____ Time: _____
Did you complain to the person you feel is responsible for the condition? _____
Who? _____ Date: _____ Time: _____
*What was their response?*

_____
_____
_____
_____
_____

X_____     _____
Inmate's Signature                                           Date

| For Office Use Only |
|---|

**Investigator's Findings:**

_____
_____
_____
_____
_____

**Investigator's Response/Action:**

_____
_____
_____
_____
_____

_____     _____
*Investigator's Signature*                                       *Date*

# Warren County Jail
## Inmate Grievance Appeal

| NAME: *Last, First* | DATE: | CELL/HOUSING UNIT: |
|---|---|---|
| | | |

**Reason for Appeal:**

_____
_____
_____
_____
_____
_____
_____
_____
_____

X_____     _____
*Inmate's Signature*                                                    *Date*

***For Office Use Only***

**Jail Administrator's Review Response:**

_____
_____
_____
_____
_____
_____
_____

**Jail Administrator's Final Decision:**

_____
_____
_____
_____
_____
_____
_____

_____     _____
*Jail Administrator's Signature*                                    *Date*

467

CLT-CARSON-000192