STATE OF MISSISSIPPI

COUNTY OF WARREN

### AFFIDAVIT OF JESSE TILLEY

Personally appeared before me the undersigned authority, in and for said county and state, **JESSE TILLEY**, who after being duly sworn states on oath as follows:

1. I, Jesse Tilley, am of the age of majority and competent to testify about the matters stated herein and make this affidavit having full personal knowledge of the facts contained herein.

2. I am currently employed by Warren County, Mississippi and was a jail officer during Plaintiff's incarceration in the Warren County Jail.

3. On June 6, 2021, I was on duty at the Warren County Jail when I, along with other personnel, recognized there was an incident occurring in B-Block. Plaintiff was being held on B-block on this date and time. Jail personnel responded to the ongoing incident.

4. Upon my arrival at B-Block, I opened the zone door and made efforts to secure inmates away from the entrance to the day room.

5. Upon my arrival, the day room door inside B-block had been barricaded by inmate Darrell Hill. Upon my arrival, all other inmates were located outside the B-block day room.

6. While myself and jail personnel worked to keep order among the remaining inmates, I was able to make entry into the day room wherein I discovered inmate Hill had fashioned and possessed a contraband weapon.



EXHIBIT B

7. Inmate Hill was instructed to drop the object and comply. Upon de-escalation of the incident and Hill's removal from the zone, Hill stated he had stabbed other inmates.

8. Upon my prompt return to B-block to check inmate welfare, Plaintiff stated he attempted to intervene but was stabbed by inmate Hill. Plaintiff was then placed in line for emergency medical treatment.

9. At no time did I see any attack committed against the Plaintiff by inmate Hill.

10. When I arrived to the subject incident, Plaintiff was outside the barricade day room with the remaining zone inmates.

11. At no time did I have any fore knowledge or warning inmate Hill would commit such an assault and barricade himself in the Zone day room.

Further the affiant sayeth not.

_____
JESSE TILLEY

Sworn and subscribed before me this the 4 day of April, 2024.

_____
NOTARY PUBLIC

My Commission Expires:
July 8, 2026

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 109472 MARY YATES Commission Expires July 8, 2026 WARREN COUNTY]

2