UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PHILLIP CARSON                                                                                    PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:21-CV-593-KHJ-MTP

COUNTY OF WARREN, MS, et al.                                                         DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today, its previous [51] Order, and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendants. Plaintiff Phillip Carson's claims are dismissed with prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 16th day of September, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE